**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Steven D Lisle JR | **COURT CASE NUMBER** 22 C 50122 |
| **DEFENDANT** William Heaton | **TYPE OF PROCESS** Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William Heaton
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Dixon Correctional Center 2600 Brinton Ave Dixon IL 61021

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Steven D Lisle JR # R40159
Pontiac Correctional Center
PO Box 99
Pontiac IL 61764

| | |
|---|---|
| Number of process to be served with this Form 285 | USM-285 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Defendant William Heaton is a correctional officer at the Dixon Correctional Center in Dixon Illinois

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 4-9-24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 
District to Serve No.: 074
Signature of Authorized USMS Deputy or Clerk
Date: 7/17/24

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Samantha Heaton (wife)

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
REDACTED — Served at defendant's home address - not listed for privacy/security.

Date: 7/17/24  Time: 2:00 ☑ pm

Signature of U.S. Marshal or Deputy



| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: Served wife at above address.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

**FILED**
7/17/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Steven D. Lisle, Jr.

V.

Anthony Kulavic, et al.

CASE NUMBER: 3:22-cv-50122

ASSIGNED JUDGE: Iain D. Johnston

DESIGNATED MAGISTRATE JUDGE: Lisa A. Jensen

TO: (Name and address of Defendant)

William Heaton
Officer
Dixon Correctional Center

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven D. Lisle, Jr. R40159 pro se
Pontiac Correctional Center
PO BOX 99
Pontiac IL 61764

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Yvonne Pedersen* (signature)

(By) DEPUTY CLERK

April 1, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/17/24 |
| NAME OF SERVER (PRINT) Armando Calzadillas | TITLE Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Samantha Heaton

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/17/24
*Date*

*Signature of Server*

211 W. Ferguson St, Tyler, TX
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.